THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FRIENDLICH.— Motion

to dismiss appeal granted, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.